

SEALED

1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant United States Attorneys
3  2500 Tulare Street, Suite 4401
   Fresno, CA   93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

FILED
MAR 19 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         CASE NO. 1:15 CR 00078 LJO SKO

12 |                                   MOTION AND PROPOSED ORDER TO
   |       Plaintiff,                  SEAL INDICTMENT
13 |
14 |       v.
15 | D LEON, ET AL.,
16 |
   |       Defendants.
17 |

18

19     The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on March 19, 2015, charging the
22 above defendants with 21 U.S.C. §§ 846, 841(a)(1)-Conspiracy to
23 Distribute and Possess With Intent to Distribute Methamphetamine and
24 other charges including Criminal Forfeiture Allegations be kept
25 secret until the defendants named in this Indictment are either in
26 custody or have been given bail on these offenses; and further order
27 that until such time as the defendants are in custody or have been
28 given bail, that no person shall disclose the findings of the

1  Indictment or any warrants issued pursuant thereto, except when
2  necessary for the issuance and execution of the warrant.
3  DATED: March 19, 2015                Respectfully submitted,
4                                       BENJAMIN B. WAGNER
5                                       United States Attorney
6                            By    /s/ Kimberly A. Sanchez
                                   KIMBERLY A. SANCHEZ
7                                  Assistant U.S. Attorney
8
9      IT IS SO ORDERED.
10 Dated:     March 19, 2015         /s/ Sheila K. Oberto
11                                   U.S. Magistrate Judge