**FILED**

MAR 26 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:15-CR-078 LJO/SKO |
| | ) | |
| Plaintiff, | ) | ORDER TO |
| | ) | UNSEAL INDICTMENT |
| v. | ) | |
| | ) | |
| DAMASO LEON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on March 19, 2015 be unsealed.

DATED:  March 26 , 2015

SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE

TYPE PLEADING NAME

2