1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   PEDRO DELGADO

6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,           CASE NO.  1:15-CR-00078-LJO

10                  Plaintiff,          ASSOCIATION OF COUNSEL;
                                        CONDITIONAL ORDER
11  v.

12  PEDRO DELGADO,

13                  Defendant.

14

15

16
         Defendant, PEDRO DELGADO, hereby associates NICHOLAS F. REYES, with
17
   law offices at 1107, Fresno, California 93721, Email: nfreyeslaw@gmail.com, in association
18
   with present counsel MARIO DISALVO.  All notices and documents shall be served upon
19
   counsel NICHOLAS F. REYES to be served at the above address.
20

21
   Dated:05/09/16                    /s/ Pedro Delgado
22                                   PEDRO DELGADO, Defendant

23  I accept the above association.

24

25  Dated: 05/09/16                  /s/ Nicholas F. Reyes
                                     NICHOLAS F. REYES, ESQ.
26

27

28
                                   1

ORDER

Conditional GRANT, conditioned on this association's not affecting the date currently set for trial, i.e. June 7, 2016. Late substitutions or associations do not constitute grounds for indirect motions to continue a trial date that was set with the input and agreement of counsel.

IT IS SO ORDERED.

Dated: **May 12, 2016**                              **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES CHIEF DISTRICT JUDGE