1  NICHOLAS F. REYES, #102114
   LAW OFFICES OF NICHOLAS F. REYES
2  1107 R STREET
   FRESNO, CA 93721
3  Telephone:  559-486-4500
   Facsimile:  559-486-4533
4  Email:  nfreyeslaw@gmail.com

5  Attorney for Defendant
   PEDRO DELGADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00078 LJO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| PEDRO DELGADO, | |
| Defendant. | |

Defendant, PEDRO DELGADO, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIMBERLY A. SANCHEZ, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Monday, August 22, 2016, at 8:30 a.m. be continued to Monday, September 19, 2016 at 8:30 a.m. in the courtroom for the Honorable Lawrence J. O'Neill, District Judge.

This stipulation is based on good cause as the parties are still determining their sentencing positions and trying to resolve pending issues.  Furthermore, counsel for defendant is assessing any potential reductions.

**IT IS SO STIPULATED**

                                            Respectfully submitted,

Dated:  08/18/16                            /s/ Nicholas F. Reyes
                                            NICHOLAS F. REYES
                                            Attorney for Defendant

**IT IS SO STIPULATED**

Dated: 08/18/16____                         /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

**IT IS SO ORDERED**

      The sentencing set for August 22, 2016 has been moved to September 19, 2016 at 8:30am before Chief District Judge Lawrence J. O'Neill in courtroom 4 on the 7th floor.

No further continuances will be granted.

Dated:  8/19/2016                    /s/ Lawrence J. O'Neill
                                          JUDGE LAWRENCE J. O'NEILL