UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PEDRO DELGADO,<br><br>                    Defendant. | No. 1:15-cr-00078-JLT<br><br>ORDER DENYING DEFENDANT'S MOTION TO VACATE AND/OR REDUCE SENTENCE<br><br>(Doc. 96) |

On December 14, 2021, Pedro Delgado submitted a letter to this Court requesting a two-point reduction in his 113-month sentence for conspiracy to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1). (Doc. 96.)  The Court construes this filing as a motion to vacate and/or reduce Defendant's sentence under 18 U.S.C. § 3582(c)(1)(A).

Defendants are eligible for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i) only if they have exhausted administrative remedies and demonstrated "extraordinary and compelling" circumstances."  If this showing is met, courts may consider the factors set forth in Section 3553(a) to determine whether relief is appropriate. *See United States v. Rodriguez*, 424 F. Supp. 3d 674, 680 (N.D. Cal. 2019).

The brief statement in Defendant's filing did not present any facts to show that he exhausted his administrative remedies before seeking relief from the Court.  Because Defendant

1

has failed to demonstrate exhaustion, Defendant's motion (Doc. 96) is denied.

IT IS SO ORDERED.

Dated:  **February 16, 2022**

_____
UNITED STATES DISTRICT JUDGE